UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE INSTALLATION AND MONITORING OF A TRACKING DEVICE IN OR ON A GOLD IN COLOR 2000 CHEVROLET ASTROVAN, BEARING NEVADA LICENSE PLATE 341N15. | Case No. 2:21-mj-00983-NJK<br><br>ORDER |

Based upon the Motion of the Government, and good cause appearing, **IT IS HEREBY ORDERED** that the above captioned matter and all documents filed therein are unsealed.  The Court grants the motion at Docket No. 1.

DATED this __19th__ day of May, 2022.

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE