# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>Gold in Color 2000 Chevrolet Astrovan, Bearing Nevada License Plate 341N15 | Case No. 2:21-mj-000983-NJK<br><br>**ORDER** |

On November 18, 2021, the undersigned issued a tracking warrant in this matter.[1] To date, the Government has not provided a return. Accordingly, no later than November 21, 2022, the Government is hereby **ORDERED** to provide to the chambers of the undersigned a return with the required information.

The Clerk's Office is **INSTRUCTED** to deliver a copy of this order to the United States Attorney's Office. It appears that the assigned Assistant United States Attorney is Joshua Brister.

IT IS SO ORDERED.

Dated: November 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] A second tracking warrant was issued in this case by United States Magistrate Judge Elayna J. Youchah on December 29, 2021.

1