# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of the Tracking of:<br><br>Gold in Color 2000 Chevrolet Astrovan, Bearing Nevada License Plate 341N15 | Case No. 2:21-mj-000983-NJK<br><br>**ORDER** |

On November 18, 2021, the undersigned issued a tracking warrant in this matter.[1] The Government did not provide a return. On November 7, 2022, the Court ordered the Government to provide a return with the required information. Docket No. 3. The Government has not done so. Accordingly, this matter will be processed with a notation that the Government did not provide a warrant return.

IT IS SO ORDERED.

Dated: November 30, 2022

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] A second tracking warrant was issued in this case by United States Magistrate Judge Elayna J. Youchah on December 29, 2021.

1